

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

In the Interest of J.F.G., III, a Child

No. 06-16-00031-CV

Appeal from the County Court at Law No. 1 of Gregg County, Texas (Tr. Ct. No. 2015-717-CCL1). Opinion delivered by Justice Moseley, Chief Justice Morriss and Justice Burgess participating.

As stated in the Court's opinion of this date, we find no error in the judgment of the court below. We affirm the judgment of the trial court.

We note that the appellant has adequately indicated her inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED AUGUST 5, 2016
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk